RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 5/1/08
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| BURNELL L. COLEMAN | : | DOCKET NO. 2:07-cv-1827 SECTION P |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| TERRY TERRELL, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED THAT THIS ACTION BE DISMISSED** for lack of jurisdiction to review a final judgment of the Louisiana Courts under the authority of the Rooker-Feldman Doctrine.

**IT IS FURTHER ORDERED** that, to the extent plaintiff seeks review on the merits of his claim, all claims herein be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C.1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 1st day of May, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE